UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN MURPHY | CIVIL ACTION |
| VERSUS | NO: 14-1110 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: R |

## ORDER

The Court, having reviewed *de novo* the complaint,[1] defendant's answer,[2] plaintiff's motion for summary judgment,[3] defendant's cross motion for summary judgment,[4] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[5] hereby approves the Magistrate Judges Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiff's motion for summary judgment is DENIED, defendant's motion for summary judgment is GRANTED, and Carolyn Colvin's petition for review of the final decision of the Commissioner of the Social Security Administration is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of August, 2015.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 2.

[2] R. Doc. 12.

[3] R. Doc. 20.

[4] R. Doc. 25

[5] R. Doc. 26.